UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT CARLEY (#126267)

CIVIL ACTION

VERSUS

NO. 11-682-JJB-SCR

CASSANDRA TEMPLE, ET AL.

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated July 2, 2012 (doc. no. 33). The plaintiff filed an objection which essentially makes the same arguments and has been duly considered by the court.

The court hereby approves the report and recommendation of the Magistrate Judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED pursuant to 42 U.S.C. § 1997e(e) and 28 U.S.C. § 1915(e)(2)(B)(I), and without leave to amend because there is no conceivable, non-frivolous federal claim he could assert consistent with the facts alleged in his complaint. Further, the defendants' motion to dismiss (doc. no. 13) is DENIED as moot.

Baton Rouge, Louisiana, this 6th day of August, 2012.

JAMES J. BRADY, U.S. DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA